DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHELE GERVOLINO,**
Appellant,

v.

**SINDY L. SWANN,**
Appellee.

No. 4D17-3687

[September 20, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 14-011521 (25).

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Prather, Keen & Littky-Rubin, LLP, West Palm Beach, and Jeffrey A. Adelman of Adelman & Adelman, P.A., Coral Springs, for appellant.

Lissette Gonzalez and Scott A. Cole of Cole Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***